HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
Designated Counsel for Service
OFFICE OF THE FEDERAL DEFENDER
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ERNESTO TORRESILLAS-SALDANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S. 16-004-GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER FOR RELEASE TO INPATIENT TREATMENT PROGRAM |
| ERNESTO TORRESILLAS-SALDANA, | |
| Defendant. | DUTY JUDGE:  Hon. Allison Claire |

Plaintiff, United States of America, through Assistant United States Attorney JAMES CONOLLY, and Defendant ERNESTO TORRESILLAS-SALDANA, through his attorney RACHELLE BARBOUR, of the Office of the Federal Defender, hereby stipulate and request that the Court order Mr. Torresillas-Saldana RELEASED from federal custody the morning of February 16, 2017 by 9:00 a.m. from the Marshal's lock-up at the Federal Courthouse so that he may be transported to an inpatient treatment program at the Salvation Army in Sacramento. Mr. Torresillas-Saldana's previously-imposed conditions of supervised release shall continue to apply.

//

//

1  The parties have consulted with Mr. Torresillas-Saldana's Probation Officer, who concurs with this request.

Dated:  February 14, 2017     Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

/s/ R. Barbour
RACHELLE BARBOUR
Attorney for Defendant
ERNEST TORRESILLAS-SALDANA

Dated: February 14, 2017     PHILLIP TALBERT
United States Attorney

/s/ J. Conolly
JAMES CONOLLY
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

The Court orders that ERNESTO TORRESILLAS-SALDANA be RELEASED from federal custody from the Marshal's lock-up at the Federal Courthouse the morning of February 16, 2017 by 9:00 a.m. on the supervised release conditions previously imposed.  Staff from the Federal Defender's Office will meet Mr. Torresillas-Saldana to transport him to an inpatient treatment program at the Salvation Army.  Mr. Torresillas-Saldana shall enter that inpatient treatment program at the Salvation Army in Sacramento that day and remain in that program until completion or superseding order from this Court.

IT IS SO ORDERED.

Dated: February 14, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE