UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:016CR0004 GEB |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATION AND ORDER FOR REENTRY COURT SANCTION |
| ERNESTO TORRESILLAS-SALDANA, | |
| Defendant. | |

On March 30, 2017, the defendant was accepted as a participant in the Reentry Court. The defendant has been found in violation of the conditions of his supervised release by failing to complete 6 months at the Salvation Army inpatient program. The Reentry Court team has determined that the defendant's conduct requires a sanction, and recommends that the defendant be placed on electronic monitoring for a period of 90 days, and be subject to a curfew. The Reentry Court team recommends that the defendant's conditions of supervised release be modified as follows:

The defendant shall also comply with the following special conditions:

1. The defendant shall be monitored for a period of 90 days with location monitoring technology, which may include the use of radio frequency (RF) or Global Positioning System (GPS) devices, at the discretion of the probation officer. The defendant shall abide by all technology requirements and shall pay the costs of location monitoring based

1

upon his ability to pay as directed by the probation officer. In addition to other court-imposed conditions of release, the defendant's movement in the community shall be restricted as follows:

a. The defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer.

These findings and recommendations are submitted to the district judge assigned to this action, pursuant to 28 U.S.C. Sec. 636(b)(1)(B) and this Court's Local Rule 304 and shall be considered forthwith without the need for time to respond.

Dated: June 8, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

These Findings and Recommendations are hereby adopted and approved.

Dated: 6/9/17

_____
HONORABLE GARLAND E. BURRELL, JR.
SENIOR UNITED STATES DISTRICT COURT JUDGE